USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2066 WILLIAM L. TAYLOR, ET AL., Plaintiffs, Appellants, v. STATE OF RHODE ISLAND, ET AL., Defendants, Appellees. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Mary M. Lisi, U.S. District Judge] Before Torruella, Chief Judge, Cyr, Senior Circuit Judge, and Selya, Circuit Judge.   Richard A. Sinapi, American Civil Liberties Union, RhodeIsland Affiliate and Sinapi Law Associates, Ltd. on brief forappellants. Jeffrey B. Pine, Attorney General, Thomas A. Palombo, SpecialAssistant Attorney General, and Ellen Evans Alexander, Deputy ChiefLegal Counsel on Motion for Summary Disposition for appellees.March 4, 1999  Per Curiam. Upon careful review of the record, the briefs, and the history of this case, Taylor v. State of Rhode Island, 101 F.3d 780 (1st Cir. 1996), rev'g 908 F.Supp. 92 (D.R.I. 1995), we conclude that the district court properly granted summary judgment on the remaining procedural due process issue. We reach this conclusion essentially for the reasons stated by the district court in the Memorandum and Decision dated August 7, 1998, and we do not need to embellish upon those reasons. The appellants' particular arguments do not persuade us otherwise. The appellees' motion for summary disposition is granted.  The judgment is affirmed. See 1st Cir. Loc. R. 27.1.